IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-239-1H

UNITED STATES OF AMERICA,    )
                             )
                             )
    v.                       )
                             )        **ORDER**
                             )
DWIGHT EDWARD CARTER,        )
    Defendant.               )

This matter is before the court on defendant's motion for an accounting of payments of restitution, fines, fees, and costs assessed against the defendant and a request that the court suspend all "[Bureau of Prisons] trust fund deductions." [DE #78.]

At sentencing, the court ordered defendant to pay a fine of $3,000 and a special assessment of $200. Interest on the fine was waived, and the judgment notes that the payment is due immediately and payment is due during imprisonment.

Payment amount and frequency during incarceration is determined by the rules of the Inmate Financial Responsibility Program, a program run solely by the Bureau of Prisons. Therefore, the motion to suspend payments is denied.

The motion for an accounting of payments is GRANTED. The clerk is directed to send a copy of defendant's payment report to defendant along with this order.

This 17th day of April 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35