IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-239-H

UNITED STATES OF AMERICA,

v.

**ORDER**

DWIGHT EDWARD CARTER,

Defendant.

This matter is before the court on defendant's letter, which this court construes as a motion seeking release from imprisonment due to the COVID-19 pandemic. The court acknowledges the fear and anxiety being experienced by the general public, and in particular, by those confined to prison during this pandemic. However, defendant has shown no legal basis for altering the final judgment in his case. Therefore, the motion for release is DENIED.

This 23rd day of April 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26