IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-239-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DWIGHT EDWARD CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motion for compassionate release

[D.E. 156] not later than June 15, 2026.

SO ORDERED. This _10_ day of April, 2026.

JAMES C. DEVER III
United States District Judge