IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-239-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DWIGHT EDWARD CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

The Bureau of Prisons released defendant from custody. See [D.E. 163] 2. Thus, the court GRANTS the United States' motion to dismiss [D.E. 163] and DISMISSES as moot defendant's motion for compassionate release [D.E. 156].

SO ORDERED. This 5 day of August, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge